

FILED

FEB 15 2007
FEB 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DONNA COHEN and<br>JONATHAN COHEN<br><br>Plaintiffs,<br><br>vs.<br><br>LEADING EDGE RECOVERY<br>SOLUTIONS, LLC<br><br>Defendant. | )<br>)<br>)<br><br>**07CV884<br>JUDGE GETTLEMAN<br>MAG. JUDGE KEYS**<br><br>)<br>)<br>)<br>) |

## COMPLAINT

NOW COMES the Plaintiffs, DONNA COHEN and JONATHAN COHEN, by and through their attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC, and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

### PARTIES

3. Plaintiff, Donna Cohen, is a natural person who resides in the City of Overland Park, County of Johnson, State of Kansas, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

-1-

4. Plaintiff, Jonathan Cohen, is a natural person who resides in the City of Overland Park, County of Johnson, State of Kansas, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5. Defendant, Leading Edge Recovery Solutions, LLC, (hereinafter "Defendant") is a collection agency operating from an address of 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

6. Sometime prior to June 5, 2006, a consumer named Jonathan K. Cohen incurred a consumer debt as that term is defined at 15 U.S.C. § 1692a(5) with the "Associates," an original creditor.

7. The Associates account was then transferred to Defendant for collection in December 2006.

8. Defendant somehow obtained Plaintiffs' home residential telephone number through skip tracing and began calling.

9. During this initial telephone communication on June 6, 2007, Defendant's female agent, Kenya, and Plaintiff, Donna, agreed that the Associates account that Defendant was attempting to collect did not belong to her husband, Jonathan M. Cohen, but instead belonged to an individual named Jonathan K. Cohen.

10. Further, Defendant's female agent also verified that the Jonathan K. Cohen whom Defendant was looking for had a social security number ending with four digits different than that of Plaintiff, Jonathan M. Cohen.

11. Plaintiff, Donna, explained to Defendant's representative that Plaintiffs had an attorney that was dealing with Midland Credit regarding an alleged debt that belonged to another Jonathan Cohen.

12. Defendant's representative immediately apologized to Plaintiff Donna, and stated that she would remove Plaintiffs' number from their system.

13. Defendant then contacted Plaintiffs again that same day of January 6, 2007, and left a message on Plaintiffs' answering machine stating that Defendant has left numerous messages for Plaintiff and he needed to hear from Plaintiff immediately, in violation of 15 U.S.C. §§ 1692d and 1692f.

## TRIAL BY JURY

14. Plaintiffs are entitled to and hereby demand a trial by jury. US Const. amend. 7. Fed. R. Civ. Pro. 38.

## CAUSES OF ACTION
## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

15. Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA, including but not limited to each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

17. As a result of Defendant's violations of the FDCPA, Plaintiffs have suffered out-of-pocket expenses and therefore Plaintiffs are entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. §

1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant for each Plaintiff.

18.     As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiffs, DONNA COHEN and JONATHAN COHEN, by and through their attorneys, respectfully pray for judgment as follows:

        a.     All actual compensatory damages suffered;

        b.     Statutory damages of $1,000.00 for Plaintiffs;

        c.     Plaintiff's attorneys' fees and costs;

        d.     Any other relief deemed appropriate by this Honorable Court.

**\*\*\*PLAINTIFF REQUESTS A TRIAL BY JURY \*\*\***

Respectfully Submitted,
**DONNA COHEN and JONATHAN COHEN**

By: _____

           Larry P. Smith

Attorney for Plaintiff
LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue
40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911